United States District Court
Southern District of Texas
**ENTERED**
July 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELE SCARANTINO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00342 |
| § | |
| KHOU-TV, INC., *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ON DEFENDANTS', KHOU-TV AND TEGNA NATIONAL SALES & FINANCE, LLC'S MOTION TO DISMISS

ON THIS DAY, came before the Court for consideration Defendants KHOU-TV, Inc. ("KHOU") and TEGNA National Sales & Finance, LLC's ("TNSF") Motion to Dismiss (Dkt. No. 10). The Court, after reviewing the motion, the response, the pleadings, and the applicable law, is of the opinion that Defendants' Motion is well-taken and should be in all respects GRANTED.

Accordingly, it is hereby ORDERED that Plaintiff Michelle Scarantino's claims against TNSF are dismissed, with prejudice, and TNSF is dismissed as defendant in this lawsuit.

It is further, ORDERED that, Plaintiff's Title VII retaliation claim is dismissed with prejudice.

It is so ORDERED.

SIGNED on July 20, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge