United States District Court
Southern District of Texas
**ENTERED**
April 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELE SCARANTINO, | § |
| Plaintiff, | § § § |
| VS. | § § CIVIL ACTION NO. 4:23-CV-00342 |
| KHOU-TV, INC., *et al.*, | § § § |
| Defendants. | § |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on April 26, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge